**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

                                        5:07CV181-SPM/EMT

v.

JUDY A. VADNAIS, a/k/a Judy A. Kulwicki,

      Defendant.

_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

The complaint in the above action was filed in this Court on July 24, 2007, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant.  Default was duly entered as to the Defendant on December 11, 2007.

By reason of this default, IT IS HEREBY ORDERED and ADJUDGED that the Plaintiff, United States of America, recover from the Defendant the sum of $14,654.27 Defendant owes Plaintiff:

| Certificate of Indebtedness | Principal | Interest accrued through June 22, 2007 | Annual Rate | |
|---|---|---|---|---|
| #1 | $1,013.62 | $731.50 | 5% | $1,745.12 |
| #2 | $2,603.84 | $2,859.56 | 8% | $5,463.40 |
| #3 | $4,324.11 | $3,112.64 | 5% | $7,436.75 |
| | | | **TOTAL** | **$14,645.27** |

as set forth in the Certificates of Indebtedness prepared by the Department of Education; plus United States Marshal's Service fees of $45.00; $350.00 for costs of the court allowed pursuant to 28 U.S.C. § 2412(a)(2)); plus accruing interest at the appropriate annual rate set forth in the Department of Education's Certificate of Indebtedness for each defaulted loan.

DONE and ORDERED this <u>seventh</u> day of January, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge