**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

                                   5:07CV181-SPM/EMT

   v.

JUDY A. VADNAIS,
a/k/a Judy A. Kulwicki,

       Defendant.

_____/

**AMENDED ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**
(amended as to the type of interest that shall accrue)

The complaint in the above action was filed in this Court on July 24, 2007, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant.  Default was duly entered as to the Defendant on December 11, 2007.

By reason of this default, IT IS HEREBY ORDERED and ADJUDGED that the Plaintiff, United States of America, recover from the Defendant the sum of $14,654.27 Defendant owes Plaintiff:

| Certificate of Indebtedness | Principal | Interest accrued through June 22, 2007 | Annual Rate | |
|---|---|---|---|---|
| #1 | $1,013.62 | $731.50 | 5% | $1,745.12 |
| #2 | $2,603.84 | $2,859.56 | 8% | $5,463.40 |
| #3 | $4,324.11 | $3,112.64 | 5% | $7,436.75 |
| | | | **TOTAL** | **$14,645.27** |

as set forth in the Certificates of Indebtedness prepared by the Department of

Education; plus United States Marshal's Service fees of $45.00; $350.00 for costs of the

court allowed pursuant to 28 U.S.C. § 2412(a)(2)); plus post-judgment interest which

shall accrue at the legal rate pursuant to 28 U.S.C. 1961(a) and shall be computed daily

and compounded annually until paid in full.

DONE and ORDERED this <u>thirtieth</u> day of April, 2008.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge